(November 20, 1942.)

MICHAEL SHAPIRO et al., Appellants, v. CARBIDE AND CARBON CHEMICALS CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CAMILLA P. SHERIDAN, Respondent, v. THOMAS A. CARBERRY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CAMILLE WEIDENFELD, Respondent, v. LAWYERS TRUST COMPANY et al., Defendants, and DAVID VAN ALSTYNE, JR., et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CAMILLE WEIDENFELD, Respondent, v. LAWYERS TRUST COMPANY et al., Defendants, and WILLIAM B. NEERGAARD et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SUNSHINE FARMS, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NANCY MORRISON, as Administratrix of the Estate of ADRIENNE MORRISON, Deceased, Respondent and Appellant, v. ROSEN F. MELONEY, Appellant and Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH M. GARGANO, Respondent, v. BENJAMIN WEISSBERG, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GUSTAVE GANZHORN, Respondent, v. MANUFACTURERS' CASUALTY INSURANCE COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARTHA DE COLA, as Administratrix of the Estate of EDWARD DE COLA, Deceased, Appellant, v. N. RYAN CO., INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX MENDELSOHN, Respondent, v. MORRIS LEVY et al., Defendants, and R. SIMPSON & CO., INC., Appellant.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SIMON H. SCHEUER, Respondent, v. SAMUEL D. SHWITZER, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.